# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Lizzie Hatcher )
Attorney at Law, Bar No. 247 )
)  Case No.: 2:16-ms-046
)
) **ORDER OF SUSPENSION**
)
)
)
)

On September 28, 2016, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 30, 2016. The Order to Show Cause provided Ms. Hatcher with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Hatcher. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Lizzie Hatcher, Nevada State Bar #247, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  15   day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __16__ day of February, 2017, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Lizzie Hatcher
    c/o Michael J. Warhola, Esq.
    625 S. 6th Street
    Las Vegas, NV 89101

Certified Mail No.:   7016 2140 0000 1723 3577

    /s/ Michael Zadina
    Deputy Clerk
    United States District Court,
    District of Nevada